1 | Keith Berglund (State Bar No.207649)
Steve Wegner(State Bar No. 58585)

2 | The Berglund Group
149 S. Barrington Ave.

3 | Suite 181
Los Angeles, Ca. 90049

4 | Telephone: 310-567-6070
Facsimile: 310-564-0327

5 |

6 | Attorneys for Debtor

```
┌─────────────────────────────┐
│          FILED              │
│  ┌───────────────────────┐  │
│  │    NOV 17 2009         │  │
│  └───────────────────────┘  │
│  CLERK U.S. BANKRUPTCY COURT│
│  CENTRAL DISTRICT OF CALIFORNIA│
│  BY:           Deputy Clerk │
└─────────────────────────────┘
```

7

8

# UNITED STATES BANKRUPTCY COURT

9

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

10

11 | In re                                ) CASE NO. 2:09-bk-19641-ER
                                        )
12 | HUI WANG,                           ) Chapter 11
                                        )
13                                       )
                                        )
14                                       )
                                        ) Adv. No. 09-bk-01865-ER
15 | JUERGEN VOTTELER                    )
                                        )
16 |          Plaintiff,                 )
                                        ) **ANSWER AND AFFIRMATIVE**
17 |                                     ) **DEFENSES TO FIRST**
     v.                                  ) **AMENDED**
18 |                                     )                    12/17/09
     HUI WANG                            )
19 |          Defendant.                 )  Date:    N/A
                                        )  Time:    10:00 a.m.
20                                       )  Ctrm:    1568, 15th Floor
                                        )           255 E. Temple Street
21                                       )           Los Angeles, Ca.
                                        )
22                                       )
                                        )
23                                       )
                                        )
24                                       )
                                        )
25                                       )
                                        )
26                                       )
                                        )
27                                       )

28

printed on recycled paper

1
ANSWER AND AFFIRMATIVE DEFENSES    ADV. NO. 09-01865

Defendant, Hui Wang ("Defendant"), by her attorneys, as and for her answer to the First Amended Adversary Complaint (the "Complaint"), dated November 5, 2009, avers as follows, expressly subject to the condition that Wang will be filing a Motion to Dismiss each and every claim for relief sought by Plaintiff, which Motion to Dismiss is not waived by this Answer:

1.    Denies the allegation set forth in Paragraph 1 of the Complaint

2.    Admits the allegations that Hui Wang is the Debtor herein but denies the remainder of the allegations set forth in Paragraph 2 of the Complaint.

3.    Admit the allegations set forth in Paragraph 3 of the Complaint.

4.    Admit the allegations set forth in Paragraph 4 of the Complaint.

5.    Admit the allegations set forth in Paragraph 5 of the Complaint.

6.    Denies the allegations set forth in Paragraph 6 of the Complaint.

7.    Denies the allegations set forth in Paragraph 7 of the Complaint.

8.    Denies the allegations set forth in Paragraph 8 of the Complaint.

9.    Denies the allegations set forth in Paragraph 9 of the Complaint.

10.    Deny knowledge or belief sufficient to admit or deny the truth of the allegations contained in paragraph 10 of the Complaint.

11.    Deny knowledge or belief sufficient to admit or deny the truth of the allegations contained in paragraph 11 of the Complaint.

12.    Deny the allegations set forth in Paragraph 12 of the Complaint.

13.    Deny the allegations set forth in Paragraph 13 of the Complaint.

14.    Deny the allegations set forth in Paragraph 14 of the Complaint.

E BERGLUND GROUP
2800 Neilson Way
Suite 1615
Santa Monica, CA 90405
(310) 562-6070

printed on recycled paper

ANSWER AND AFFIRMATIVE DEFENSES    ADV. NO. 09-01865

15.    Admit the allegation that a Default Judgment was entered against Debtor on or about July 23, 2008 but does not see a copy of the Judgment attached to the First amended Complaint.

16.    Deny knowledge or belief sufficient to admit or deny the truth of the allegations contained in paragraph 16 of the Complaint.

**FIRST CLAIM FOR RELIEF**

**(Bankruptcy Code § 523(a)(2)(a) – False Pretenses, False Representation, or Actual Fraud)**

17. Denies the allegations set forth in paragraph 17 of the Complaint.

18. Denies the allegations set forth in paragraph 18 of the Complaint.

19. Denies the allegations set forth in paragraph 19 of the Complaint.

20. Denies the allegations set forth in paragraph 20 of the Complaint.

21.  Denies the allegations set forth in paragraph 21 of the Complaint.

22.  Denies the allegations set forth in paragraph 22 of the Complaint.

23.    Denies the allegations set forth in paragraph 23 of the Complaint.

**SECOND CLAIM FOR RELIEF**

**(Bankruptcy Code § 523 (a)(6) – Willful and Malicious Injury)**

24. Denies the allegations set forth in paragraph 24 of the Complaint.

25. Denies the allegations contained in paragraph 25 of the Complaint.

26. Denies the allegations contained in paragraph 26 and paragraphs 26(a) through 26(e) of the Complaint, except that Wang admits that a Default Judgment was entered against her on or about July 23, 2008.

27. Denies the allegations contained in paragraph 27 of the Complaint.

E BERGLUND GROUP
2800 Nelson Way
Suite 1615
Santa Monica, CA 90405
(310) 567-6070

ANSWER AND AFFIRMATIVE DEFENSES    ADV. NO. 09-01865

printed on recycled paper

28. Denies the allegations contained in paragraph 28 of the Complaint.

29. Denies the allegations contained in paragraph 29 of the Complaint.

30. Denies the allegations contained in paragraph 29 (which is a duplicate numbering and should have been numbered paragraph 30 of the Complaint).

## FIRST AFFIRMATIVE DEFENSE

31. As a separate and affirmative defense to the Complaint, and each cause of action alleged therein, Wang alleges that the claims cannot be maintained as Plaintiff has not stated facts sufficient to constitute any cause of action.

## SECOND AFFIRMATIVE DEFENSE

32. Any alleged damages incurred or suffered by Plaintiff which damages are specifically denied, were suffered and incurred as a result of Plaintiff' own actions, conduct, omissions, negligence, misfeasance, fraud and/or malfeasance and not due to any actions or conduct by Wang.

## THIRD AFFIRMATIVE DEFENSE

33. Any alleged damages incurred or suffered by Plaintiff which damages are specifically denied, were caused by the negligence and/or negligent actions and/or intentional actions and liability of other persons for whom Wang is not responsible.

## FOURTH AFFIRMATIVE DEFENSE

34. Any alleged damages incurred or suffered by Plaintiff, which damages are specifically denied, were suffered or incurred as a result of negligence and/or negligent actions and/or intentional actions and liability of Plaintiff and/or Doe Defendants or third parties and not by Wang.

## FIFTH AFFIRMATIVE DEFENSE

35. Plaintiff's claims and each and every purported cause of action of the

E BERGLUND GROUP
2800 Neilson Way
Suite 1615
Santa Monica, CA 90405
(310) 567-6070

Complaint is and are barred by the reason of the Doctrine of Unclean Hands. Plaintiff is not entitled to equitable or legal relief as it has not done equity and comes before this Court with unclean hands as to each and all causes of action of the Complaint.

**SIXTH AFFIRMATIVE DEFENSE**

36. This action is barred by reason of Plaintiff's own conduct.

**SEVENTH AFFIRMATIVE DEFENSE**

37. Plaintiff has failed to mitigate any damages it claims to have suffered.

**EIGHTH AFFIRMATIVE DEFENSE**

38. Plaintiff's claims are barred by the Doctrine of Estoppel as to all causes of action.

WHEREFORE, Wang  prays for and demand judgment as follows:

(a)  Dismissing the Plaintiff's Complaint;

(b)  Awarding judgment in favor of Wang, and,

(c)  For such other and further relief as this Court may deem just and proper, including costs and legal expenses of defending this action.

Dated: November 13, 2009

HUI WANG

By: _____

DEBTOR

THE BERGLUND GROUP
2600 Neilson Way
Suite 1615
Santa Monica, CA 90405
(310) 367-6070

printed on recycled paper

| In re: | | CHAPTER 7 |
|--------|--|-----------|
| *HUI  WANG* | Debtor(s). | CASE NUMBER *ADV. NO C9-bk-01865-ER* |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10850 Wilshire Blvd., #350, Los angeles, Ca. 90025

A true and correct copy of the foregoing document described *as:* ~~Notice of Motion and Motion to dismiss First Amended Complaint and Memo In Support; Declarations of Berglund and Wang;Proposed Order;~~ (Answer and Affirmative Defenses) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On November 17, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. Todd Picker, *Esq., 850 E. Chapman Ave., Ste A, Orange, Ca. 92866*

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 17, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. Hon. Ernest Robles, U.S. Bankruptcy Court, 255 E. Temple Street, Ste 1360, Los angeles, Ca. 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 17, 2009 | Ulara asai | |
|-------------------|------------|--|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**