**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re<br><br>WANG, HUI<br><br>Debtor. | Case No.: LA09-19641-ER<br>Adv. No.: AD09-01865-ER<br>Chapter 7 |
|---|---|
| JUERGEN VOTTELER,<br><br>Plaintiff,<br><br>v.<br><br>HUI WANG,<br><br>Defendant. | [~~PROPOSED~~] **SCHEDULING ORDER RE: STATUS CONFERENCE** |

A Joint Status Conference was conducted on January 14, 2010. Todd Picker appeared telephonically for Plaintiff Juergen Votteler; Keith Berglund appeared telephonically for Defendant/Debtor Hui Wang. During the Joint Status Conference the Court set the following dates:

/ / /

/ / /

/ / /

1

|     |                                       |                                      |
| --- | ------------------------------------- | ------------------------------------ |
| 1   | Discovery cutoff:                     | July 30, 2010                        |
| 2   | Pretrial:                             | August 19, 2010                      |
| 3   | Trial is scheduled for the week of:   | September 27, 2010 @ 10:00 a.m.      |

SO ORDERED.

DATED: JANUARY 27, 2010

Ernest M. Robles
United States Bankruptcy Judge

SUBMITTED BY:

Todd A. Picker (Cal. Bar No. 132905)
Law Office of Todd Picker
850 E. Chapman Ave., Suite A
Orange, CA 92866
Telephone: 714-744-8390
Fax: 714-388-3756
Email: todd.picker@sbcglobal.net

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, declare I am over the age of eighteen years and not a party to the within action or proceeding. My business address is 850 E. Chapman Ave., Suite A, Orange CA 92866.

On January 15, 2010, I served the within

# [PROPOSED] SCHEDULING ORDER RE: STATUS CONFERENCE

on interested parties to this action by:

[ ] facsimile at the listed numbers; and/or by   [ ] e-mail at the addresses listed, and/or by;
[ ] overnight courier and/or by   [ ] personal delivery and/or by   [X] regular mail by placing the original;   [X] true copy(ies),   thereof enclosed in sealed envelopes   [X] addressed as follows:   [ ] as addressed in the attached mailing list:

    Keith Berglund, Esq.
    Steve Wegner, Esq.
    The Berglund Group
    149 S. Barrington, #181
    Los Angeles, CA 90049

[X] BY MAIL [FRCP 5(b)(2)(C)]   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service.

[ ] BY FACSIMILE [FRCP 5(b)(2)(E)]   The parties have agreed in writing to accept and receive service by facsimile.

[ ] BY EMAIL [FRCP 5(b)(2)(E)]   The parties have either agreed in writing to accept and receive service by email or have consented to such service by filing electronically with the court.

The document was transmitted by facsimile or email and the transmission was reported as complete and without error by the transmitting device.

[ ] BY EXPRESS MAIL; FEDERAL EXPRESS; U.P.S. [FRCP 5(b)(2)(B)]   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with U.S. Postal Service Express Mail, Federal Express or United Postal Service.

Under that practice it would be deposited on that same day with postage fully prepaid in Los Angeles, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on the date of execution set forth below following ordinary business practices.

[ ] BY PERSONAL DELIVERY [FRCP 5(b)(2)(B)]   I personally delivered such envelope(s) by hand to the offices of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2010, at Orange, California.

_____April A. Hancock_____   _____[Signature]_____
*[Print Name of Person Executing Proof]*